

AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Ray Walker, Sr.,

JUDGMENT IN A CIVIL CASE

v.                              CASE NUMBER: CV607-9

Michael A. Toqrmina

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 5/23/07, adopting the Magistrate Judge's Report and Recommendation; Judgment is hereby entered dismissing plaintiff case.

5/23/07
Date

Scott L. Poff
Clerk

_(signature)_
(By) Deputy Clerk

GAS Rev 10/1/03